| | | |
|---|---|---|
| MATTHEW L. LALLI<br>SNELL & WILMER, L.L.P.<br>15 WEST SOUTH TEMPLE, SUITE 1200  SALT LAKE CITY, UT 84101<br>Attorney For: PETITIONER: THE BUCKNER COMPANY, INC.<br>TELEPHONE NO.: (801) 257-1900   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): | SBN: 137927 | FOR COURT USE ONLY |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 312 NORTH SPRING STREET
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: WESTERN DIVISION

Plaintiff: THE BUCKNER COMPANY, INC.
Defendant: TRISHAN AIR, INC., ET AL.

CASE NUMBER: CV16-01698DSF(PJWX)

| PROOF OF SERVICE | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>43434.00004 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

PETITION TO CONFIRM ARBITRATION AWARD; PETITIONER THE BUCKNER COMPANY, INC.'S APPLICATION FOR SEAL ORDER RE SETTLEMENT AGREEMENT AND AWARD; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; MEMORANDUM; THE BUCKNER COMPANY, INC.'S NOTICE OF RELATED CASE; DECLARATION OF MATTHEW L. LALLI IN SUPPORT OF PETITIONER THE BUCKNER COMPANY, INC.'S APPLICATION FOR SEAL ORDER RE SETTLEMENT AGREEMENT AND AWARD; INITIAL STANDING ORDER; PETITIONER THE BUCKNER COMPANY, INC.'S AMENDED APPLICATION FOR SEAL ORDER RE SETTLEMENT AGREEMENT AND FINAL AWARD; [PROPOSED] ORDER GRANTING APPLICATION FOR SEAL ORDER RE SETTLEMENT AND ARBITRATION AWARD; AMENDED DECLARATION OF MATTHEW L. LALLI IN SUPPORT OF PETITIONER THE BUCKNER COMPANY, INC.'S AMENDED APPLICATION FOR SEAL ORDER RE SETTLEMENT AGREEMENT AND AWARD; RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES); REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION

PARTY SERVED: KERRY ACQUISITIONS, LLC
PERSON SERVED: MICHELLE STALLINGWS - AUTHORIZED TO ACCEPT SERVICE
DATE & TIME OF DELIVERY: 05/19/2016
12:45 pm
ADDRESS, CITY, AND STATE: 1013 CENTRE ROAD, SUITE 4035
WILMINGTON, DE 19805

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County:
Registration No.:
Nationwide Legal, LLC (12-234648)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015
(213) 249-9999
Ref: 43434.00004

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 19, 2016.

Signature: _____
KEVIN S. DUNN (Delaware Process Server)

PROOF OF SERVICE

982(a)(23)

Order#: 844774B/General