UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BUCKNER COMPANY, INC., <br><br> Petitioner, <br><br> v. <br><br> TRISHAN AIR, INC, and KERRY ACQUISITIONS, LLC, <br><br> Respondents. | CASE NO. 2:16-cv-01698-DSF-PJWx <br><br> **JUDGMENT** |

Having confirmed the Final Award issued in JAMS Arbitration No. 1240021565 and the award of costs, the Court grants judgment in favor of The Buckner Company, Inc. and against Trishan Air, Inc. and Kerry Acquisitions, LLC in the amount of $21,094.68.

DATED: 10/18/16

*Dale S. Fischer*
United States District Judge